| | |
|---|---|
| 1 | C. D. Michel - SBN 144258 |
| 2 | Joshua Robert Dale - SBN 209942 |
|   | **MICHEL & ASSOCIATES, P.C.** |
| 3 | 180 East Ocean Blvd., Suite 200 |
|   | Long Beach, CA 90802 |
| 4 | Telephone: (562) 216-4444 |
|   | Fax: (562) 216-4445 |
| 5 | cmichel@michellawyers.com |
| 6 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LINLOR, an individual, pro se, and on behalf of his minor child A.L.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE NATIONAL RIFLE ASSOCIATION OF AMERICA<br><br>Defendants. | CASE NO. **'17CV0203 MMA JMA**<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) DIVERSITY**<br><br>Date:<br>Time:<br>Dept. |

TO THE CLERK OF THE ABOVE-ENTITLED COURT

   PLEASE TAKE NOTICE that Defendant, the National Rifle Association of America, hereby removes to this Court the state court action described below.

1.   On December 28, 2016, an action was commenced in the Superior Court of the State of California in the County of San Diego, entitled James Linlor, pro se, and on behalf of his minor child A.L., Plaintiffs, vs. National Rifle Association of America, Defendant, as Case Number 37-2016-00045524-CU-NP-NC. A copy of the complaint is attached as **Exhibit A**.

---

1

NOTICE OF REMOVAL OF ACTION

2. Defendant was served with and received a copy of the complaint and a summons from said court on January 6, 2017. A copy of the summons is attached as **Exhibit B**.

3. This section is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs. According to the complaint, Plaintiff complaint seeks approximately $204,500.00 in damages.

4. Complete diversity of citizenship exist in that: the Plaintiff is a citizen of the state of California and the National Rifle Association of America has its principal place of business in Fairfax, Virginia and is chartered in New York, and is the only defendant that has been served with summons and complaint in this action.

Dated: February 2, 2017

MICHEL & ASSOCIATES, P.C.

By: C.D. Michel
C. D. Michel
Attorneys for Defendants
Email: cmichel@michellawyers.com